# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WORLD FUEL SERVICES, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   Case No. CIV-18-827-D<br>) |
| JEFFREY P. BALES,<br>PATTY BALES,<br>BOB BURK OIL CO., INC., | )<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order issued this date [Doc. No. 82] and the Order dated June 18, 2020 [Doc. No. 44], the Court enters judgment in favor of Plaintiff World Fuel Services, Inc. against Defendants Bob Burk Oil Co., Inc., Patty Bales, and Jeffrey P. Bales for damages in the amount of $1,365,966.62.

Entered this 26th day of September, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge