# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WORLD FUEL SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-827-D ) |
| JEFFREY P. BALES, PATTY BALES, BOB BURK OIL CO., INC., | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT FOR ATTORNEY'S FEES

Pursuant to the Order issued this date [Doc. No. 86], the Court enters judgment in favor of Plaintiff World Fuel Services, Inc. against Defendants Bob Burk Oil Co., Inc., Patty Bales, and Jeffrey P. Bales for attorney's fees in the amount of $133,638.50.

Entered this 2nd day of November, 2022.

TIMOTHY D. DeGIUSTI
Chief United States District Judge