# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WORLD FUEL SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-18-827-D |
| ) | |
| JEFFREY P. BALES, ) | |
| PATTY BALES, ) | |
| BOB BURK OIL CO., INC., ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT

Pursuant to the Order for an Amended Judgment under Fed. R. Civ. P. 59(e) [Doc. No. 88], the Court enters judgment in favor of Plaintiff World Fuel Services, Inc. against Defendants Bob Burk Oil Co., Inc., Patty Bales, and Jeffrey P. Bales for damages in the amount of $1,759,147.78.

Entered this 2nd day of November, 2022.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge